IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE MORRISON,

    Petitioner,               No. CIV S-06-0284 MCE PAN P

    vs.

TOM CAREY, et al.,

    Respondent.          ORDER

_____/

Respondent has requested an extension of time to file and serve a response pursuant to the order filed March 8, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's April 7, 2006, request for an extension of time is granted; and

2. Respondent is granted 30 days from the date of this order to file and serve a response. Petitioner's reply must be filed and served no later than 20 days thereafter.

DATED: April 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\morr0284.36