IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE MORRISON,

    Petitioner,               No. CIV S-06-0284 MCE PAN P

   vs.

TOM CAREY, et al.,

    Respondents.          ORDER

_____/

        Petitioner has filed two requests for the appointment of counsel.[1] There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

---

[1] In his request, petitioner also inquired why respondent had not yet responded to the court's April 19, 2006 order. However, respondent filed a motion to dismiss on May 10, 2006.

1 | Accordingly, IT IS HEREBY ORDERED that petitioner's June 19, 2006 and June
2 | 28, 2006 requests for appointment of counsel are denied without prejudice to a renewal of the
3 | motion at a later stage of the proceedings.
4 | DATED: July 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp;001; morr0284.110