IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE MORRISON,

    Petitioner,

vs.

THOMAS CAREY, Warden,

    Respondent.

No. CIV S-06-284 MCE CHS P

<u>ORDER</u>

/

    Petitioner has filed a timely notice of appeal of this Court's January 14, 2010 order denying his application for writ of habeas corpus and requested that a certificate of appealability issue. Since petitioner is challenging the decision of the California Board of Prison Terms that he was not suitable for parole, a certificate of appealability is not required for this appeal to be processed. *See Rosas v. Nielsen*, 428 F.3d 1229, 1231-32 (9th Cir. 2005).

    Petitioner has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas corpus proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." *See* Rule 8(c), Fed. R. Governing § 2254 Cases. In this case, the interests of justice do not require the appointment of

1

1 | counsel at this time.
2 | Accordingly, IT IS HEREBY ORDERED that petitioner's January 26, 2010
3 | request for appointment of counsel is denied, without prejudice to its renewal in the Ninth Circuit
4 | Court of Appeals; in addition, the January 26, 2010 request that a certificate of appealability
5 | issue is denied as unnecessary.
6 | DATED: January 28, 2010

*/s/ Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE